UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

CASE NO.:   18-61259-LRC

DEBTOR:   VERMISSA MARIE DANIELS

At the hearing on Confirmation held on September 25, 2018, Trustee requested that the hearing be reset to October 23, 2018. However, Trustee also announced an agreement that if Debtor failed to pay at least $200.00 and request an Employment Deduction Order within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Funding remains delinquent.

Please enter an Order of Dismissal.

Dated:   This the __12__ day of October, 2018.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia   30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| VERMISSA MARIE DANIELS | ) ) | CASE NO.: 18-61259-LRC |
| | ) ) | |
| DEBTOR. | ) | |

18-61259-LRC                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):

VERMISSA MARIE DANIELS
1848 HILLSPRING LANE
LITHONIA, GA  30058

DEBTOR(S) ATTORNEY:

SLIPAKOFF & SLOMKA, PC
OVERLOOK III, SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

October 12, 2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:     678-510-1450